# EXHIBIT A

## RHONDA BLANEY

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Spice Girls | Spice Up Your Life | Spiceworld | 261-523 |
| BMG Music | Kenny Chesney | All I Need To Know | All I Need to Know | 208-984 |
| Motown Record Company, L.P. | 98 Degrees | Invisible Man | 98 Degrees | 249-152 |
| UMG Recordings, Inc. | Sting | Desert Rose | Brand New Day | 271-015 |
| BMG Music | Kenny Chesney | How Forever Feels | Everywhere We Go | 263-302 |
| Virgin Records America, Inc. | Spice Girls | 2 Become 1 | Spice | 201-276 |
| Elektra Entertainment Group Inc. | Third Eye Blind | How's It Going to Be | Third Eye Blind | 188-673 |
| Interscope Records | Dr. Dre | What's The Difference | 2001 | 277-983 |
| SONY BMG MUSIC ENTERTAINMENT | Uncle Sam | I Don't Ever Want to See You Again | Uncle Sam | 252-008 |
| Arista Records LLC | Toni Braxton | Another Sad Love Song | Toni Braxton | 208-619 |