UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, | Civil No. CA 06 126 |
| Plaintiffs, | |
| v. | |
| RHONDA BLANEY, | |
| Defendant. | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs identify their parent corporations and any publicly held company or investment fund that owns 10% or more of any Plaintiff's stock.

Plaintiff VIRGIN RECORDS AMERICA, INC.'s parent is EMI Group PLC, which is publicly traded in the U.K.

Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff MOTOWN RECORD COMPANY, L.P.'s parent company is Vivendi Universal, S.A., a publicly traded French company.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., a publicly held French company.

Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi Universal, S.A., a publicly held French company.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a joint venture owned by USCO Holdings Inc., BeSo Holding LLC, Ariola Eurodisc, Inc., Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by Sony Corporation, a publicly traded corporation, and Bertelsmann AG, which is not publicly traded.

Dated this 17th day of March, 2006.

By: [signature]

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for VIRGIN RECORDS AMERICA, INC.; BMG MUSIC; MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC