UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,

Plaintiffs,

v.

RHONDA BLANEY,

Defendant.

Civil No. CA06-126S

Judge William E. Smith

## NOTICE OF DISMISSAL

Plaintiffs Virgin Records America, Inc., BMG Music, Motown Record Company, L.P., UMG Recordings, Inc., Elektra Entertainment Group Inc., Interscope Records, SONY BMG MUSIC ENTERTAINMENT, and Arista Records LLC (collectively, "Plaintiffs"), by and through their undersigned attorneys, and Defendant Rhonda Blaney, *pro se,* pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby notice the dismissal of the above-named lawsuit without prejudice, each side to bear its own costs and fees.

Respectfully submitted this 7th day of ~~August~~ Sept., 2006

By: Rhonda Blaney

Rhonda Blaney
178 Ashaway Rd.
Bradford, RI 02808-1742
Phone: (401)339-2116

Defendant, *pro se*

/s/ James E. O'Neil, Esq.
James E. O'Neil, Esq.
1130 Ten Rod Rd, Suite A-103
North Kingstown, RI 02852
(401) 667-7111 Phone
(401) 667-7112 Fax
jameseoneil@cox.net